IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON MENCY,   No. CIV S-06-2379-FCD-CMK-P

    Plaintiff,

  vs.   ORDER

V. DUC, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1).[1]  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

    Plaintiff claims that his Eighth Amendment rights are being violated because prison officials are not accommodating his need for a lactose-free and spice-free diet, and by not providing adequate medical treatment for spinal bone spurs.

---

[1] Plaintiff sought leave to file an amended complaint, which was denied as unnecessary because plaintiff had not exhausted his ability to amend the complaint once as of right.  Plaintiff was directed to file an amended complaint by January 7, 2007, but has not done so.  Therefore, this action proceeds on the original complaint.

1

The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

    V. DUC,

    I. O'BRIAN, and

    J. MAYFIELD;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Three completed USM-285 form(s); and

    d. Four copies of the endorsed complaint.

DATED: May 23, 2007.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

JASON MENCY,                                          No. CIV S-06-2379-FCD-CMK-P
       Plaintiff,
  vs.
V. DUC, et al.,
       Defendants.
                               /

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:

   <u> 1 </u>     completed summons form;
  <u>      </u>     completed USM-285 form(s); and
  <u>      </u>     copies of the complaint.

DATED: _____         _____
                                                                      Plaintiff