**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LANCE KERWIN HENDERSON,               No. CIV S-06-2369-JAM-CMK-P

        Petitioner,

    vs.                                                    ORDER

ADAMS, et al.,

        Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an evidentiary hearing based on newly discovered evidence (Doc. 46), filed on June 23, 2008.  Respondents shall file a response to the motion within 20 days of the date of this order.  In the meantime, the March 12, 2008, findings and recommendations will not be submitted to the district judge.

        IT IS SO ORDERED.

 DATED:  June 25, 2008

                                        _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE