IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE KERWIN HENDERSON, | No. CIV S-06-2369-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ADAMS, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an evidentiary hearing based on newly discovered evidence (Doc. 46). On June 26, 2008, the court issued an order directing respondents to file a response to the motion within 20 days. Respondents now seek an extension of time to August 14, 2008, to file a response to petitioner's motion for an evidentiary hearing. Good cause appearing therefor, the request is granted.

IT IS SO ORDERED.

DATED: July 14, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1