IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE KERWIN HENDERSON, | No. CIV S-06-2369-JAM-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| ADAMS, et al., | |
| Respondents. | |
| _____ / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 59).

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  <u>See</u> 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  <u>See</u> Fed. R. App. P.

1

1 | 22(b); but see Woods v. Carey, 525 F.3d 886 (9th Cir. 2008) (citing White v. Lambert, 370 F.3d
2 | 1002, 1010 (9th Cir. 2004), and suggesting that a certificate of appealability is not required in
3 | cases where petitioner challenges the denial of parole).  For the reasons set forth in the
4 | Magistrate Judge's March 12, 2008, findings and recommendations, petitioner has not made a
5 | substantial showing of the denial of a constitutional right.
6 |      Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
7 | of appealability (Doc. 59) is denied.
8 | DATED: 12/1/2008

10 |      /s/ John A. Mendez
11 |      UNITED STATES DISTRICT JUDGE